UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH CIOLINO,<br><br>         Plaintiff,<br><br>    v.<br><br>AMERIQUEST TRANSPORTATION SERVICES, INC.,<br><br>         Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-1324<br>       (JEI/AMD)<br><br>**ORDER GRANTING JUDGMENT IN FAVOR OF DEFENDANT** |

**APPEARANCES:**

HAINES & ASSOCIATES
By: Clifford E. Haines, Esq.
    Patrick C. Campbell, Esq.
    Danielle M. Weiss, Esq.
1835 Market Street, Suite 2420
Philadelphia, PA 19103
    Counsel for Plaintiff

DILWORTH PAXSON LLP
By: Thomas Vecchio, Esq.
    James J. Rodgers, Esq.
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
    Counsel for Defendant

**IRENAS**, Senior District Judge:

A one-day bench trial having been held on October 19, 2010, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this 22nd day of November, 2010,

**ORDERED THAT:**

(1) Judgment shall be entered in favor of Defendant as to Counts One and Two of Plaintiff's Complaint.

(2) The Clerk of the Court is directed to close this file.

                    s/Joseph E. Irenas
                    **JOSEPH E. IRENAS, S.U.S.D.J.**